UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AU & ASSOCIATES, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HOWARD UNIVERSITY, )<br>)<br>Defendant. )<br> ) | Case No.: 15-2195 |

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Howard University, by and through undersigned counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(b).

1. Defendant was served with a Summons and Complaint in the case of *AU & Associates, Inc., v. Howard University*, Civil Action 2015-CA-8519C in the Superior Court for the District of Columbia on or about November 30, 2015.  Copies of the papers served on Howard are attached at Exhibit 1.

2. In the action, Plaintiff seeks recovery of more than $95,752.00 that Plaintiff claims is owed under a 2014 contract.

3. Plaintiff AU & Associates is a Maryland Corporation, incorporated and headquartered in Maryland.

4. Defendant Howard University is a private not-for-profit entity incorporated in D.C., headquartered in D.C. and with its principal place of business in D.C.

5. Under 28 U.S.C. § 1441(a) this Court has jurisdiction over this matter as the amount in controversy is in excess of $75,000, and the parties have diversity of citizenship.

6. Under 28 U.S.C. § 1446(b), this action is properly removed as Defendant received notice of the Complaint less than 30 days ago.

WHEREFORE, this action is properly removed from the Superior Court for the District of Columbia.

December 17, 2015          Respectfully submitted,

**HOWARD UNIVERSITY HOSPITAL**

_____/s/_____
Ariana Wright Arnold
Senior Associate General Counsel for Litigation
Adonna Bannister Green
Associate General Counsel
Howard University
2400 Sixth Street, N.W.
Johnson Admin. Bldg. Suite 321
Washington, D.C. 20059*
T: 202-806-2657
F: 202-806-6357
E-mail: ariana.arnold@howard.edu
           abannister@howard.edu

---

* Ariana W. Arnold admitted to this Court, but not currently admitted to practice law in the District of Columbia, but may be permitted to practice under D.C. Rule 49(c)(8) under the direct supervision of an enrolled, active member of the District of Columbia Bar (Adonna Bannister Green), for one period not to exceed 360 days from the commencement of her practice in D.C., which was on November 16, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Removal was efiled and served by email on:

Ike Ezekwu
The Ezekwu Law Firm, LLC
1026 Monroe Street, NE
Washington D.C. 20017
Ph (202) 251-8581
ikeezekwulaw@yahoo.com
andrew@ucheomumulaw.com


*/s/*
Ariana Wright Arnold

\* Ariana W. Arnold admitted to this Court, but not currently admitted to practice law in the District of Columbia, but may be permitted to practice under D.C. Rule 49(c)(8) under the direct supervision of an enrolled, active member of the District of Columbia Bar (Adonna Bannister Green), for one period not to exceed 360 days from the commencement of her practice in D.C., which was on November 16, 2015.